IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:20-cv-251-RAH-SMD |
| JOHNSTON TRUCKING, L.L.C., *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Stipulation of Dismissal (Doc. 27) filed on July 29, 2020, for good cause shown, this action is hereby dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close the case.

DONE, this the 3rd day of August, 2020.

       /s/ R. Austin Huffaker, Jr.
       R. AUSTIN HUFFAKER, JR.
       UNITED STATES DISTRICT JUDGE